For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Ladonna G. DAVIS, Appellant.

No. WD 66964.

Missouri Court of Appeals, Western District.

Nov. 20, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 29, 2008.

Application for Transfer Denied March 18, 2008.

S. Kate Webber, Kansas City, MO, for appellant.

Richard Starnes, Assistant Attorney General, Jefferson City, MO, for respondent.

Before VICTOR C. HOWARD, Presiding Judge, PATRICIA BRECKENRIDGE[1], Judge and JOSEPH M. ELLIS, Judge.

## *ORDER*

PER CURIAM.

LaDonna Davis appeals from her conviction by jury of one count of involuntary manslaughter in the second degree, § 565.024. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 30.25(b).**